COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, | § | No. 08-16-00227-CV |
| | § | Appeal from |
| Appellant, | § | 168th District Court |
| v. | § | of El Paso County, Texas |
| GLORIA LOZANO, | § | (TC # 2014DCV1772) |
| Appellee. | § | |

# J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the judgment of the court below and render judgment dismissing the suit for lack of subject-matter jurisdiction. We further order that the Appellant recover from Appellee all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF FEBRUARY, 2018.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
Palafox, J., not participating